IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG 24 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JOAN MARTINEZ, individually and on behalf of all others similarly situated, § § § § Plaintiff, § § v. § § BEN M. BRIGHAM, DAVID T. BRIGHAM, § HAROLD D. CARTER, STEPHEN C. § HURLEY, STEPHEN P. REYNOLDS, § HOBART A. SMITH, SCOTT W. TINKER, § BRIGHAM EXPLORATION COMPANY, § STATOIL ASA, and FARGO ACUISITION § INC., § § Defendants. § | Civil Action No. 1:11-cv-961-LY |

## ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL

Before the Court is the Parties' Stipulation of Voluntary Dismissal, and the Court having reviewed the Stipulation of Voluntary Dismissal, and being otherwise fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Stipulation of Voluntary Dismissal is APPROVED. It is further

ORDERED, ADJUDGED, AND DECREED that the Parties' claims and defenses asserted in this lawsuit are hereby dismissed without prejudice. Further, all costs are taxed against the party incurring the same.

Signed this 24th day of August, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE