IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG 24 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JOAN MARTINEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>BEN M. BRIGHAM, DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN C. HURLEY, STEPHEN P. REYNOLDS, HOBART A. SMITH, SCOTT W. TINKER, BRIGHAM EXPLORATION COMPANY, STATOIL ASA, AND FARGO ACUISITION INC.,<br>　　　　　DEFENDANTS. | CAUSE NO. A-11-CV-961-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On August 23, 2012, the parties filed a Joint Stipulation of Voluntary Dismissal without prejudice (Doc. #11), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and defenses raised in this cause are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs of the court shall be paid by the party incurring same.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this _24th_ day of August, 2012.

                                                             _____
                                                             LEE YEAKEL
                                                             UNITED STATES DISTRICT JUDGE